No. 75–1829. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL No. 12, AFL–CIO, ET AL. v. A–1 ELECTRIC SERVICE, INC. C. A. 10th Cir. Certiorari denied.

No. 75–1830. JANSSEN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 75–1834. IOWA MOVERS & WAREHOUSEMEN'S ASSN. v. BRIGGS, DIRECTOR, IOWA DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 75–1835. LAMOUR-NADAL v. PUERTO RICO TOURIST DEVELOPMENT CO. C. A. 1st Cir. Certiorari denied.

No. 75–1837. PACKARD v. WELCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1839. SPERL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–1840. HAVILAND v. BUTZ, SECRETARY OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.

No. 75–1841. GREAT LAKES DREDGE & DOCK CO. v. DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–1845. STRYKER ET AL. v. VILLAGE OF OAK PARK, ILL., ET AL. Sup. Ct. Ill. Certiorari denied.

No. 75–1846. CMI CORP. v. LAKELAND CONSTRUCTION CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.